Agree to affirm on case of *Lictenberg* v. *Herdtfelaer* (108 N. Y. 302).

All concur.

Judgment affirmed.

---

ELIZA B. ANDERSON, Respondent, *v.* THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.

(Argued April 18, 1887; decided May 3, 1887.)

*Thomas H. Hubbard* for appellant.

*Edward Mitchell* for respondent.

Agree to reverse judgment, and for new trial on dissenting opinion of DAVIS, P. J., in court below.

All concur.

Judgment reversed.

---

ANASTASIA BRITT, Administratrix, etc., Respondent, *v.* FRANCIS ALEXANDER et al., Appellants.

(Argued April 19, 1887; decided May 3, 1887.)

*Alex. Thain* for appellants.

*W. C. Traphagen* for respondent.

Agree to dismiss appeal; no opinion.

All concur.

Appeal dismissed.

---

In the Matter of the Application of JOSEPH MOORE, for a *Mandamus*, Appellant, *v.* EDWARD V. LOEW, Comptroller, etc., Respondent.

(Argued April 19, 1887; decided May 3, 1887 )

*Alex. Thain* for appellant.

*D. J. Dean* for respondent.

Agree to affirm ; ro opinion.
All concur, except RAPALLO. J., dissenting.
Order affirmed.

---

BENJAMIN FOSTER, on behalf of himself and other stock-
holders, Appellant, *v.* THE INDIANAPOLIS, CINCINNATI AND
LA FAYETTE RAILROAD COMPANY et al., Respondents.

(Argued April 19, 1887; decided May 3, 1887.)

*Frederick Allis* for appellant.

*H. H. Anderson* for respondents.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

---

THOMAS R. A. HALL et al., *v.* JOHN J. MACDONALD, Appellant.
MAURICE FITZGERALD et al., Respondents.

(Argued April 19, 1887, decided May 3, 1887 )

*Samuel Untermyer* for appellants.

*David Gerber* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Petition of JAMES DEERING to Vacate
an Assessment.

(Argued April 19, 1887; decided May 3, 1887.)